# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0317
L.T. Case No. 2017-CF-001318-A

_____

ROBERT S. ANDERSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County,
Hon. Joel D. Fritton, Judge.

Robert S. Anderson, Bushnell, pro se.

No Appearance for Appellee.

June 4, 2024

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EDWARDS, C.J, and, EISNAUGLE, and PRATT, JJ., concur.

————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————